# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Nicole R. Hall | Case No. 18-35362 |
| Debtor. | Judge Schmetterer |
| South Division Credit Union | |
| Plaintiff, | Adv. No. |
| v. | |
| Nicole R. Hall, | |
| Defendant. | |

## COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT

South Division Credit Union, the "Credit Union," by and through its attorneys, Kerry Trunkett and Caroline Hasten of Trunkett & Trunkett, P.C., for its Complaint against Nicole R. Hall, herein the "Defendant," pursuant to 11 U.S.C. §523(a)(2)(A) and §523(a)(2)(C)(i)(II) of the United States Bankruptcy Code, states as follows:

### JURISDICTION

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C §1334 and Local General Rule 2.33(a) of the United States District Court for the Northern District of Illinois.

2.  This is a core proceeding brought pursuant to 28 U.S.C. § 157(b)(2)(I) and (J) and brought as an adversary proceeding under Federal Rule of Bankruptcy Procedure 7001.

3.  This is a claim for relief brought pursuant to 11 U.S.C. §523(a)(2)(A) and §523(a)(2)(C)(i)(II).

## BACKGROUND ALLEGATIONS

4.      On December 21, 2018, the Defendant voluntarily filed for relief under Chapter 13 of the United States Bankruptcy Code.

5.      On November 23, 2018, twenty-eight (28) days before filing the bankruptcy petition, the Defendant became indebted to the Credit Union pursuant to a line of credit agreement (the "Credit Agreement").  Attached as Exhibit A is a true and correct copy of the Credit Application.  Attached as Exhibit B is a true and correct copy of the Credit Agreement.

6.      Pursuant to the Credit Agreement, the Defendant's first payment was due on January 15, 2019.

7.      The Defendant did not notify the Credit Union that she filed bankruptcy until after the Credit Union contacted her regarding her first missed payment on or about January 29, 2019.

8.      The Defendant currently remains indebted to the Credit Union the amount of $1,595.93.

## CLAIMS FOR RELIEF
### COUNT I
### (U.S.C. § 523(a)(2)(A))
**The Defendant Obtained the Loan Through Actual Fraud**

9.      The Credit Union repeats paragraphs 1-8 as paragraph 9.

10.      The Defendant committed actual fraud because she did not have the good faith intent to repay the Credit Agreement.  Defendant was insolvent and close to filing for bankruptcy protection at the time she submitted the Credit Application.

11.      The Defendant did not intend to repay the Credit Agreement and had no reasonable, good faith belief that she had the means to do so.

12.      The Defendant received the advance twenty-eight (28) days before filing the instant bankruptcy case.

13.    The Defendant did not make a payment on the Credit Agreement.

14.    The Defendant did not provide notice to the Credit Union that she filed bankruptcy.

15.    The Credit Union learned of the bankruptcy when she missed her first payment pursuant to the Credit Agreement.

16.    There was no change in circumstances between the time the Defendant requested the line of credit and the time she filed her bankruptcy petition.  There was no job loss and no sudden or unexpected financial hardship.

17.    A debtor cannot ignore the reality of her financial situation and assert that she has good faith intent to repay the debt.

18.    The Credit Union extended the line of credit as a result of a false representation that the Defendant intended to repay the debt.

WHEREFORE, South Division Credit Union respectfully requests that this Court find the debt owed to the Credit Union nondischargeable in the amount of $1,595.93 plus costs and attorneys' fees pursuant to 11 U.S.C. §523(a)(2)(A) and for further relief as this Court deems just.

### COUNT II
### ((§523(a)(2)(C)(i)(II))
### The Debt is Presumptively Non-dischargeable

19.    The Credit Union repeats paragraphs 1-18 as paragraph 19.

20.    The debt owed to the Credit Union is presumptively nondischargeable as the loan a credit advance of more than $950 within 70 days before the Defendant filed her bankruptcy petition.

21.     Twenty-eight days before the bankruptcy filing, the Defendant received a loan in the amount of $1,500.00 from the Credit Union of which $1,595.93 remains due and owing.

WHEREFORE, South Division Credit Union respectfully requests that this Court find the debt owed to the Credit Union nondischargeable in the amount of $1,595.93 plus costs and attorneys' fees pursuant to 11 U.S.C. §523(a)(2)(C)(i)(II) and for further relief as this Court deems just.

Respectfully submitted,
South Division Credit Union

By: _____
Caroline Hasten, One of its Attorneys

**TRUNKETT & TRUNKETT, P.C.**
20 N. Wacker Drive, Suite 1434
Chicago, IL 60614
312.324.3101
Kerry Trunkett: 6188221
Caroline Hasten: 6316656



**SOUTH DIVISION** CREDIT UNION

9122 S Kedzie Ave., Evergreen Park, IL 60805

**EXHIBIT A**

**LOANLINER®**

**Application**

Married Applicants: May apply for a separate account.
**Individual Credit:** You must complete the **Applicant** section about yourself and the **Other** section about your spouse if:
1. you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI),
2. your spouse will use the account, or
3. you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the **Other** section to the extent possible about the person on whose payments you are relying.
**Joint Credit:** Each Applicant must **individually** complete the appropriate section below.  If Co-Borrower is spouse of the Applicant, mark the Co-Applicant box.
**Guarantor:** Complete the **Other** section if you are a guarantor on an account/loan.

[X] **LOANLINER Account/Loan:**  [X]  Individual  ☐ Joint
*(Including ATM/Debit Card Access to the Account if Available)*
Amount Requested $  **1,500.00**
Purpose/Collateral:  **16 - NICK OF TIME**
Repayment:  ☐ Payroll Deduction   ☐ Cash   ☐ Military Allotment   ☐ Automatic Payment

| PAYMENT PROTECTION | Are you interested in having your loan protected?  [X] Yes  ☐ No |
|---|---|
| | If you answer "yes", the credit union will disclose the cost to protect your loan.  The protection is voluntary and does not affect your loan approval.  In order for your loan to be covered, you will need to sign a separate application that explains the terms and conditions. |

| APPLICANT | OTHER  ☐ CO-APPLICANT  ☐ SPOUSE  ☐ OTHER |
|---|---|
| NAME **NICOLE HALL** | NAME |
| ACCOUNT NUMBER | ACCOUNT NUMBER |
| SOCIAL SECURITY NUMBER ▇▇▇▇▇ | DRIVER'S LICENSE NUMBER/STATE  IL | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NUMBER/STATE |
| AGES OF DEPENDENTS | EMAIL ADDRESS ▇▇▇ | AGES OF DEPENDENTS | EMAIL ADDRESS |
| BIRTH DATE   HOME PHONE   CELL PHONE   BUSINESS PHONE/EXT. | BIRTH DATE   HOME PHONE   CELL PHONE   BUSINESS PHONE/EXT. |
| PRESENT ADDRESS (Street - City - State - Zip) **3448 W POLK ST CHICAGO, IL 60624**   ☐ OWN [X] RENT  LENGTH AT RESIDENCE **10 YEARS** | PRESENT ADDRESS (Street - City - State - Zip)   ☐ OWN ☐ RENT  LENGTH AT RESIDENCE |
| PREVIOUS ADDRESS (Street - City - State - Zip)   ☐ OWN ☐ RENT  LENGTH AT RESIDENCE **0 YEARS** | PREVIOUS ADDRESS (Street - City - State - Zip)   ☐ OWN ☐ RENT  LENGTH AT RESIDENCE |

COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ MARRIED  ☐ SEPARATED  [X] UNMARRIED (Single - Divorced - Widowed)

COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:
☐ MARRIED  ☐ SEPARATED  ☐ UNMARRIED (Single - Divorced - Widowed)

| EMPLOYMENT/INCOME | EMPLOYMENT/INCOME |
|---|---|
| NAME AND ADDRESS OF EMPLOYER **MARRIOTT INTERNATIONAL 9550 W HIGGINS RD ROSEMONT, IL 60018** | NAME AND ADDRESS OF EMPLOYER |
| TITLE/GRADE **ADMINISTRATIVE ASSISTAN** | START DATE **11/01/2008** | HOURS AT WORK **FULL-TIME** | TITLE/GRADE | START DATE | HOURS AT WORK |
| SUPERVISOR'S NAME **KARIN WARD** | IF SELF EMPLOYED, TYPE OF BUSINESS | SUPERVISOR'S NAME | IF SELF EMPLOYED, TYPE OF BUSINESS |

NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

| EMPLOYMENT INCOME $ **3,402.53** Per **MONTHLY** | OTHER INCOME $ Per _____ | EMPLOYMENT INCOME $ Per _____ | OTHER INCOME $ Per _____ |
|---|---|---|---|
| ☐ NET  [X] GROSS | SOURCE | ☐ NET  ☐ GROSS | SOURCE |

MILITARY: IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR? ☐ YES [X] NO
WHERE                    ENDING/SEPARATION DATE

MILITARY: IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR? ☐ YES ☐ NO
WHERE                    ENDING/SEPARATION DATE

PREVIOUS EMPLOYER NAME AND ADDRESS IF EMPLOYED LESS THAN FIVE YEARS     STARTING DATE

ENDING DATE

PREVIOUS EMPLOYER NAME AND ADDRESS IF EMPLOYED LESS THAN FIVE YEARS     STARTING DATE

ENDING DATE

| REFERENCE | RELATIONSHIP **FRIEND** | REFERENCE | RELATIONSHIP |
|---|---|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU ▇▇▇▇ | HOME PHONE ▇▇ | NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | HOME PHONE |

© CUNA Mutual Group 1980, 82, 84, 86, 89, 98, 2000, 01, 03, 04, 07, 08, 12 All Rights Reserved                    AXX02A-e

| WHAT YOU OWE | CREDITOR NAME OTHER THAN THIS CREDIT UNION (Attach additional sheet(s) if necessary) | INTEREST RATE | PRESENT BALANCE | MONTHLY PAYMENT | OWED BY APPLICANT | OTHER |
|---|---|---|---|---|---|---|
| | | | $ | $ | | |
| | SEE ATTACHED | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| | | | $ | $ | | |
| LIST ANY NAMES UNDER WHICH YOUR CREDIT REFERENCES AND CREDIT HISTORY CAN BE CHECKED: | | TOTALS | $ | $ | | |

| WHAT YOU OWN | LIST LOCATION OF PROPERTY OR FINANCIAL INSTITUTION | MARKET VALUE | PLEDGED AS COLLATERAL FOR ANOTHER LOAN | | OWNED BY APPLICANT | OTHER |
|---|---|---|---|---|---|---|
| | | $ | YES | NO | | |
| | SEE ATTACHED | $ | YES | NO | | |
| | | $ | YES | NO | | |
| | | $ | YES | NO | | |
| | | $ | YES | NO | | |
| | | $ | YES | NO | | |
| | | $ | YES | NO | | |
| | | $ | YES | NO | | |

| OTHER INFORMATION ABOUT YOU | IF YOU ANSWER "YES" TO ANY QUESTION OTHER THAN #1, EXPLAIN ON AN ATTACHED SHEET | APPLICANT | OTHER |
|---|---|---|---|
| 1. ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? | | YES | |
| 2. DO YOU CURRENTLY HAVE ANY OUTSTANDING JUDGMENTS OR HAVE YOU EVER FILED FOR BANKRUPTCY, HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13, HAD PROPERTY FORECLOSED UPON OR REPOSSESSED IN THE LAST 7 YEARS, OR BEEN A PARTY IN A LAWSUIT? | | NO | |
| 3. IS YOUR INCOME LIKELY TO DECLINE IN THE NEXT TWO YEARS? | | NO | |
| 4. ARE YOU A CO-MAKER, CO-SIGNER OR GUARANTOR ON ANY LOAN NOT LISTED ABOVE? FOR WHOM (Name of Others Obligated on Loan):              TO WHOM (Name of Creditor): | | NO | |

**STATE LAW NOTICES**

**OHIO RESIDENTS ONLY:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**WISCONSIN RESIDENTS ONLY:** (1) No provision of any marital property agreement, unilateral statement under Section 766.59, or court decree under Section 766.70 will adversely affect the rights of the Credit Union

unless the Credit Union is furnished a copy of the agreement, statement or decree, or has actual knowledge of its terms, before the credit is granted or the account is opened. (2) Please sign if you are **not** applying for this account or loan with your spouse. The credit being applied for, if granted, will be incurred in the interest of the marriage or family of the undersigned.

X _____ 11/23/2018
SIGNATURE FOR WISCONSIN RESIDENTS ONLY          DATE

## SIGNATURES

You promise that everything you have stated in this application is correct to the best of your knowledge and that the above information is a complete listing of what you owe. If there are any important changes you will notify us in writing immediately. You authorize the Credit Union to obtain credit reports in connection with this application for credit and for any update, increase, renewal, extension or collection of the credit

received. You understand that the Credit Union will rely on the information in this application and your credit report to make its decision. If you request, the Credit Union will tell you the name and address of any credit bureau from which it received a credit report on you. It is a crime to willfully and deliberately provide incomplete or incorrect information in this application.

X _____ (SEAL) 11/23/2018
APPLICANT'S SIGNATURE          DATE

X _____ (SEAL) 11/23/2018
OTHER SIGNATURE          DATE

### FOR CREDIT UNION USE ONLY

| DATE 11/23/2018 | X | APPROVED | APPROVED LIMITS | SIGNATURE | LINE OF CREDIT | OTHER | OTHER | DEBT RATIO/SCORE BEFORE 0.405 | AFTER 0.428 |
|---|---|---|---|---|---|---|---|---|---|
| | | DENIED (Adverse Action Notice Sent) | $ 1,500.00 | $ | $ | $ | | | |

LOAN OFFICER COMMENTS: **$500 TO REMAIN ON HOLD AS PARTIAL COLLATERAL FOR THE DURATION OF THE LOAN**

SIGNATURES:
X _____ 11/23/2018          X _____ 11/23/2018
DATE          DATE

AXX02A-e

# EXHIBIT B



**SOUTH DIVISION CREDIT UNION**

9122 S Kedzie Ave., Evergreen Park, IL 60805

**Loan and Security Agreements and Disclosure Statement**

☐ Covered Borrower Under Military Lending Act

| LOAN DATE | ACCOUNT NUMBER | LOAN NUMBER | MATURITY DATE |
|---|---|---|---|
| 11/23/2018 | ▓▓▓▓▓ | 021 | 12/15/2020 |

| BORROWER 1 (Name & Address) | BORROWER 2 (Name & Address) |
|---|---|
| NICOLE HALL<br>3448 W POLK ST<br><br>CHICAGO, IL 60624 | |

| BORROWER 3 (Name & Address) | BORROWER 4 (Name & Address) |
|---|---|
| | |

## TRUTH IN LENDING DISCLOSURE ('e' means an estimate)

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost You. | Amount Financed<br>The amount of credit provided to You or on Your behalf. | Total of Payments<br>The amount You will have paid after You have made all payments as scheduled. | Total Sale Price<br>The total cost of Your purchase on credit is $0.00 which includes Your downpayment of $0.00 |
|---|---|---|---|---|
| 16.500% | $293.10 | $1,500.00 | $1,857.02 | |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | | When Payments Are Due | |
|---|---|---|---|---|
| 23 | $77.38 | MONTHLY | BEGINNING | 01/15/2019 |
| 1 | $77.28 | | | 12/15/2020 |

**Prepayment:** If You pay off early You will not have to pay a penalty.
**Required Deposit:** The Annual Percentage Rate does not take into account Your required deposit, if any.
**Demand:** ☐ This obligation has a demand feature.
☐ All disclosures are based on an assumed maturity of one year.

**Property Insurance:** You may obtain property insurance from anyone You want that is acceptable to the Credit Union. If You get the insurance from the Credit Union You will pay $

| Filing Fees | Non-Filing Insurance |
|---|---|
| $0.00 | $0.00 |

**Late Charge:** If you are 5 or more days late in making your payment, you will be charged $35.00.

**Security:** Collateral securing other loans with the Credit Union may also secure this Loan. You are giving a security interest in Your shares and dividends and, if any, Your deposits and interest in the Credit Union; and the Property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | | Type | Value | Key Number |
|---|---|---|---|---|---|---|---|
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

Other (Describe)
Pledge of Shares $300.00        in Account No. S-000-REGULAR SHARE    $            in Account No

See Your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

## ITEMIZATION OF THE AMOUNT FINANCED ('e' means an estimate)

| Itemization of Amount Financed of<br>$1,500.00 | Amount Given to You Directly<br>$1,000.00 | Amount Paid on Your Account<br>$500.00 | Prepaid Finance Charge<br>$ |
|---|---|---|---|

**Amounts Paid to Others on Your Behalf: (If an amount is marked with an asterisk (*) We will be retaining a portion of the amount.)**

| | | | | | |
|---|---|---|---|---|---|
| $500.00 | To SDCU 32842-000 | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |
| $ | To | | $ | To | |

**LOANLINER.**
© CUNA Mutual Group 1999, 2000, 01, 02, 05, 06, 08, 2016, 18
All Rights Reserved

CREDIT UNION COPY
Page 1 of 5

NZX021-E

| Credit Union South Division Credit Union | | Acct No | Loan No. 021 |
|---|---|---|---|

## MILITARY LENDING ACT DISCLOSURES

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

A "Covered Borrower" for purposes of this loan means a consumer who, at the time the consumer becomes obligated on this loan, is a covered member or a dependent of a covered member as defined by the Military Lending Act. A Covered Borrower does not mean a consumer who (though a Covered Borrower at the time he or she became obligated on this transaction) no longer is a covered member or a dependent of a covered member as defined by the Military Lending Act.

## LOAN AGREEMENT

In this Loan Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us" mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "You" or "Your" mean each person who signs, or otherwise authenticates, this Agreement as a borrower.

**1. PROMISE TO PAY** - You promise to pay $1,500.00    to the Credit Union plus interest on the unpaid balance until what You owe has been repaid. For **fixed rate** loans, the interest rate is    16.500% per year.

**Collection Costs:**

You promise to pay, subject to applicable law, all costs of collecting what you owe under this Agreement and all costs of realizing on any security for the Agreement, including court costs, collection agency fees and reasonable attorney fees. We may enter into a contingent or hourly fee arrangement with an attorney or collection agency and you agree that such an agreement is reasonable. This provision also applies to bankruptcy, appeals or postjudgment proceedings.

**2. PAYMENTS** - You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. You may prepay any amount without penalty. If You prepay any part of what You owe, You are still required to make the regularly scheduled payments, unless We have agreed to a change in the payment schedule. Because this is a simple interest loan, if You do not make payments exactly as scheduled, Your final payment may be more or less than the amount of the final payment that is disclosed. If You elect voluntary payment protection, We will either include the premium or program fee(s) in Your payments or extend the term of Your loan. If the term is extended, You will be required to make additional payments of the scheduled amount, until what You owe has been paid. You promise to make all payments to the place We choose. If this loan refinances another loan You have with Us, the other loan will be canceled and refinanced as of the date of this loan. Unless otherwise required by law, payments will be applied to amounts owed in the manner We choose.

**3. LOAN PROCEEDS BY MAIL** - If the proceeds of this loan are mailed to You, interest on this loan begins on the date the loan proceeds are mailed to You.

**4. SECURITY FOR LOAN** - This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans You have with Us also secures this loan, unless the property is a dwelling or otherwise prohibited by federal and/or state law. In addition to Your pledge of shares, We may also have what is known as a statutory lien on all individual and joint accounts You have with Us. A statutory lien means We have the right under federal and/or state law to claim an interest in Your accounts. Unless otherwise prohibited by federal and/or state law, We can enforce a statutory lien against Your shares and dividends and, if any, interest and deposits, in all individual and joint accounts You have with Us to satisfy any outstanding financial obligation that is due and payable to Us. We may exercise Our right to enforce this lien without further notice to You, to the extent permitted by law. *For all borrowers:* You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts You have with the Credit Union now and in the future. **The statutory lien and/or Your pledge will allow Us to apply the funds in Your account(s) to what You owe when You are in default.** If a dollar amount and account number are listed in the "Security" section of the Truth in Lending Disclosure, You may not withdraw the amount that has been specifically pledged to secure this loan until the Credit Union agrees to release all or part of the pledged amount. The statutory lien and Your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

**5. DEFAULT** - You will be in default under this Agreement if You do not make a payment of the amount required on or before the date it is due. You will be in default if You break any promise You made in connection with this loan or if anyone is in default under any security agreement made in connection with this Agreement. You will be in default if You die, file for bankruptcy, become insolvent (that is, unable to pay Your bills and loans as they become due), or if You made any false or misleading statements in Your loan application. You will also be in default if something happens that We believe may seriously affect Your ability to repay what You owe under this Agreement or if You are in default under any other loan agreement You have with Us.

**6. ACTIONS AFTER DEFAULT** - When You are in default, We may demand immediate payment of the entire unpaid balance under this Agreement. If We demand immediate payment, You will continue to pay interest at the rate provided for in this Agreement, until what You owe has been repaid. **We will also apply against what You owe any shares and/or deposits**

CREDIT UNION COPY                Page 2 of 5                NZX021-E

| Credit Union South Division Credit Union | Acct No ████████ | Loan No 021 |
|---|---|---|

given as security under this Agreement. We may also exercise any other rights given by law when You are in default. **Unless You are a Covered Borrower under the Military Lending Act, You waive any right You have to receive demand for payment, notice of intent to demand immediate payment and notice of demand for immediate payment.**

**7. EACH PERSON RESPONSIBLE** - Each person who signs, or otherwise authenticates, this Agreement will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means We can enforce Our rights against any one of You individually or against all of You together.

**8. LATE CHARGE** - If You are late in making a payment, You promise to pay the late charge shown in the Truth in Lending Disclosure. If no late charge is shown, You will not be charged one.

**9. DELAY IN ENFORCING RIGHTS** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives.

**10. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**11. NOTICES** - Notices will be sent to You at the most recent address You have given Us in writing. Notice to any one of You will be notice to all.

**12. USE OF ACCOUNT** - You promise to use Your account for consumer (personal, family or household) purposes, unless the Credit Union gives You written permission to use the account also for agricultural or commercial purposes, or to purchase real estate.

**13. NO ORAL AGREEMENTS -- THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**14. The following is required by Vermont law: NOTICE TO COSIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

**15. NOTICE TO UTAH BORROWERS:** This written Agreement is the final expression of the Agreement between You and the Credit Union. This written Agreement may not be contradicted by evidence of any oral agreement.

**16. OTHER PROVISIONS -**

## SECURITY AGREEMENT

In this Security Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us" mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to the "Loan" mean the loan described in the Loan Agreement that is part of this document. All references to "You" or "Your" mean any person who signs, or otherwise authenticates, this Agreement.

**1. THE SECURITY FOR THE LOAN** - You give Us what is known as a security interest in the Property described in the "Security" section of the Truth in Lending Disclosure that is part of this document ("the Property"). The security interest You give includes all accessions. Accessions are things which are attached to or installed in the Property now or in the future. The security interest also includes any replacements for the Property which You buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money You receive from selling the Property or from insurance You have on the Property. If the value of the Property declines, You promise to give Us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** - The security interest secures the Loan and any extensions, renewals or refinancings of the Loan. **Unless prohibited by applicable law, the security interest also secures any other loans, including any credit card loan, You have now or receive in the future from Us and any other amounts You owe Us for any reason now or in the future, except any loan secured by Your principal dwelling.** If the Property is household goods as defined by the Federal Trade Commission Credit Practices Rule or Your principal dwelling, the Property will secure only this Loan and not other loans or amounts You owe Us.

**3. OWNERSHIP OF THE PROPERTY** - You promise that You own the Property or, if this Loan is to buy the Property, You promise You will use the Loan proceeds for that purpose. You promise that no one else has any interest in or claim against the Property that You have not already told Us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise You will allow no other security interest or lien to attach to the Property either by Your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** - If Your state issues a title for the Property, You promise to have Our security interest shown on the title. We may have to file what is called a financing statement to protect Our security interest from the claims of others. You irrevocably authorize Us to execute (on Your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in a form satisfactory to Us. You

**CREDIT UNION COPY**

NZX021-E

| Credit Union South Division Credit Union | | Acct No | Loan No. 021 |
|---|---|---|---|

promise to do whatever else We think is necessary to protect Our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, We incur in protecting Our security interest and rights in the Property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** - Until the Loan has been paid off, You promise You will: (1) Use the Property carefully and keep it in good repair. (2) Obtain Our written permission before making major changes to the Property or changing the address where the Property is kept. (3) Inform Us in writing before changing Your address. (4) Allow Us to inspect the Property. (5) Promptly notify Us if the Property is damaged, stolen or abused. (6) Not use the Property for any unlawful purpose. (7) Not retitle the Property in another state without telling Us.

**6. PROPERTY INSURANCE, TAXES AND FEES** - You promise to pay all taxes and fees (like registration fees) due on the Property and to keep the Property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to Us. You may provide the property insurance through a policy You already have, or through a policy You get and pay for. You promise to make the insurance policy payable to Us and to deliver the policy or proof of coverage to Us if asked to do so.

If You cancel Your insurance and get a refund, We have a right to the refund. If the Property is lost or damaged, We can use the insurance settlement to repair the Property or apply it towards what You owe. You authorize Us to endorse any draft or check which may be payable to You in order for Us to collect any refund or benefits due under Your insurance policy.

If You do not pay the taxes or fees on the Property when due or keep it insured, We may pay these obligations, but We are not required to do so. Any money We spend for taxes, fees or insurance will be added to the unpaid balance of the Loan and You will pay interest on those amounts at the same rate You agreed to pay on the Loan. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor Our loans for the purpose of determining whether You and other borrowers have complied with the insurance requirements of Our loan agreements or may engage others to do so. The insurance charge added to the Loan may include (1) the insurance company's payments to Us and (2) the cost of determining compliance with the insurance requirements. If We add amounts for taxes, fees or insurance to the unpaid balance of the Loan, We may increase Your payments to pay the amount added within the term of the insurance or term of the Loan.

**7. INSURANCE NOTICE** - If You do not purchase the required property insurance, the insurance We may purchase and charge You for will cover only Our interest in the Property. The premium for this insurance may be higher because the insurance company may have given Us the right to purchase insurance after uninsured collateral is lost or damaged. **The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.**

**8. DEFAULT** - You will be in default if You break any promise You make or fail to perform any obligation You have under this Agreement. You will also be in default under this Agreement if the Loan is in default. You will be in default if any Property You have given Us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the Property or Our security interest in it.

**9. WHAT HAPPENS IF YOU ARE IN DEFAULT** - When You are in default, We may demand immediate payment of the outstanding balance of the Loan without giving You advance notice and take possession of the Property. You agree the Credit Union has the right to take possession of the Property without judicial process if this can be done without breach of the peace. If We ask, You promise to deliver the Property at a time and place We choose. If the Property is a motor vehicle or boat, You agree that We may obtain a key or other device necessary to unlock and operate it, when You are in default. We will not be responsible for any other property not covered by this Agreement that You leave inside the Property or that is attached to the Property. We will try to return that property to You or make it available for You to claim.

After We have possession of the Property, We can sell it and apply the money to any amounts You owe Us. We will give You notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the Property will be deducted from the money received from the sale. Those costs may include the cost of storing the Property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code. If You have agreed to pay the Loan, You must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Loan and to what You owe under this Agreement. You agree to pay interest on that amount at the same rate as the Loan until that amount has been paid.

**10. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE LOAN** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives. If We change the terms of the Loan, You agree that this Agreement will remain in effect.

**11. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**12. NOTICE FOR ARIZONA OWNERS OF PROPERTY** - It is unlawful for You to fail to return a motor vehicle that is subject to a security interest, within thirty days after You have received notice of default. The notice will be mailed to the address You gave Us. It is Your responsibility to notify Us if Your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.00.

| Credit Union South Division Credit Union | | Acct No ▮▮▮▮ | Loan No. 021 |
| --- | --- | --- | --- |

☐ *The following notice applies ONLY when the box at left is marked.*

**13. NOTICE:** ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**14. OTHER PROVISIONS** -

---

### SIGNATURES

By signing, or otherwise authenticating, as Borrower, You agree to the terms of the Loan Agreement. If Property is described in the "Security" section of the Truth in Lending Disclosure, You also agree to the terms of the Security Agreement. If You sign, or otherwise authenticate, as "Owner of Property" You agree only to the terms of the Security Agreement.

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE AGREEMENT BEFORE YOU SIGN IT**

| Borrower 1 Signature | Date | Borrower 2 Signature | Date |
| --- | --- | --- | --- |
| X | 11/23/2018 | X | 11/23/2018 |
|  | (Seal) |  | (Seal) |

NICOLE HALL

| Signature | Date | Signature | Date |
| --- | --- | --- | --- |
| X | 11/23/2018 | X | 11/23/2018 |
|  | (Seal) |  | (Seal) |

☐ Borrower 3
☐ Owner of Property    ☒ Witness

☐ Borrower 4
☐ Owner of Property    ☐ Witness

**CREDIT UNION COPY**

NZX021-E